UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VICTOR PONCE, | ) | CASE NO. CV 09-4047-RSWL (PJW) |
|         Petitioner, | ) ) | |
| v. | ) ) | J U D G M E N T |
| DEBRA HERNDON, | ) ) | |
|         Respondent. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: <u>January 28, 2010</u>.

*Ronald S.W. Lew*

HONORABLE RONALD S. W. LEW
Senior, U.S. District Court Judge

C:\Temp\notesFFF692\~3566723.wpd